**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tri-State G.P., LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0809751** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1532 McDaniel Drive**<br>**West Chester, PA 19380**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Chester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Tri-State G.P., LLC**                                        Case number (*if known*) _____
         _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | | _____ |
| District | | When _____ | Case number, if known | | _____ |

| Debtor | **Tri-State G.P., LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?*** — *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** — *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Tri-State G.P., LLC**
_____    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 28, 2016**
MM / DD / YYYY

**X** **/s/ Michael Carr**
_____    **Michael Carr**
Signature of authorized representative of debtor    _____
Printed name

Title    **President**
_____

---

**18. Signature of attorney**

**X** **/s/ David B. Smith**
_____    Date    **December 28, 2016**
Signature of attorney for debtor    _____
MM / DD / YYYY

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone    **610-407-7215**    Email address    **dsmith@skhlaw.com**

**59098**
Bar number and State

Debtor    **Tri-State G.P., LLC**
_____    Case number (*if known*) _____
Name

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify your case:**</td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Fox Chase Medical Center Radiology Associates, P.C.** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18835** |
| Debtor | **Michael R. Clair** | | | Relationship to you | | **owner** |
| District | **EDPA** | When | **12/27/16** | Case number, if known | | **16-18802** |
| Debtor | **Tri-State Imaging Consultants, LLC** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18834** |
| Debtor | **Tri-State Imaging DE Holdings, LLC** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18827** |
| Debtor | **Tri-State Imaging NJ Holdings, LLC** | | | Relationship to you | | **affilate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18830** |
| Debtor | **Tri-State Imaging PA Holdings, LLC** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18826** |
| Debtor | **Tri-State Imaging PR Holdings, LLC** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18833** |
| Debtor | **WCP Breast MRI, LP** | | | Relationship to you | | **affiliate** |
| District | **EDPA** | When | **12/28/16** | Case number, if known | | **16-18825** |
| Debtor | **William Hartz** | | | Relationship to you | | **owner** |
| District | **EDPA** | When | **12/23/16** | Case number, if known | | **16-18774** |

## TRI-STATE GP, LLC

## UNANIMOUS WRITTEN CONSENT
## OF MEMBERS

The undersigned, being all the Members of Tri-State GP, LLC (the "Company"), hereby

adopt the following resolutions with the same force and effect as if adopted at a formal meeting

of the Members held pursuant to the Company's Operating Agreement, direct the Secretary of

the Company to file this written consent with the records of the Company and consent to the

taking of all prior actions referred to in such resolutions:

RESOLVED, that, in the judgment of the Members, it is desirable
and in the best interests of the Company that the Company commence a bankruptcy case
by filing a voluntary petition under Chapter 7 of Title 11 of the United States
Code (the "Bankruptcy Code"); and

FURTHER RESOLVED, that the appropriate officers of the Company be, and
each hereby is, authorized and empowered on behalf of, and in the name of, the Company
to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code
and to cause the same to be filed in the United States Bankruptcy Court for the
Eastern District of Pennsylvania (the "Bankruptcy Court") at such time as said authorized
officer executing the same shall determine; and

FURTHER RESOLVED, that the appropriate officers of the Company be, and
they hereby are, authorized and empowered on behalf of, and in the name of, the
Company to execute and file all petitions, schedules, lists, and other papers and to take
any and all actions that nay of the authorized officers may deem necessary, proper or
desirable in connection with the Chapter 7 case, with a view to the successful prosecution
of the case; and

FURTHER RESOLVED, that the law firm of Smith Kane Holman, LLC
be, and it hereby is, employed as bankruptcy counsel for the Company; and

FURTHER RESOLVED, that all appropriate officers of the Company are hereby
authorized to instruct the Company's bankruptcy counsel to take all necessary steps in
connection with the Company's Chapter 7 case; and

FURTHER RESOLVED, that this Unanimous Written Consent of the
Members in lieu of a regularly scheduled meeting shall be filed with the
records of the Company; and

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Unanimous Written Consent shall be effective as of the ___23___ day of December, 2016, upon the signing of a copy hereof by all the Members of the Company.

WITNESS our hands as of the date written above.

MEMBERS:

_____
Michael R. Clair

_____
William Hartz

_____
Philip J. Moldofsky

_____
Jay S. Rosenblum

_____
Kenneth E. Brumberger

_____
Michael Carr

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Unanimous Written Consent shall be effective as of the ___23___ day of December, 2016, upon the signing of a copy hereof by all the Members of the Company.

WITNESS our hands as of the date written above.

MEMBERS:

_____
Michael R. Clair

_____
William Hartz

_____
Philip J. Moldofsky

_____
Jay S. Rosenblum

_____
Kenneth B. Brumberger

_____
Michael Carr

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Unanimous Written Consent shall be effective as of the _____ day of December, 2016, upon the signing of a copy hereof by all the Members of the Company.

WITNESS our hands as of the date written above.

MEMBERS:

_____
Michael R. Clair

_____
William Hartz

_____
Philip J. Moldofsky

_____
Jay S. Rosenblum

_____
Kenneth E. Brumberger

_____
Michael Carr

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Unanimous Written Consent shall be effective as of the ___23___ day of December, 2016, upon the signing of a copy hereof by all the Members of the Company.

WITNESS our hands as of the date written above.

MEMBERS:

_____
Michael R. Clair

_____
William Hartz

_____
Philip J. Moldofsky

_____
Jay S. Rosenblum

_____
Kenneth B. Bramberger

_____
Michael Carr

**Fill in this information to identify the case:**

Debtor name   **Tri-State G.P., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 28, 2016**     **X /s/ Michael Carr**
                                       Signature of individual signing on behalf of debtor

                                       **Michael Carr**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tri-State G.P., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................................    $ _____**0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $ _____**0.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $ _____**0.00**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ \_\_\_\_**17,734,795.31**

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b

$    **17,734,795.31**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tri-State G.P., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1 Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture Name of entity: | % of ownership | |
| 15.1. | general partner in WCP Breast MRI, LP, a now defunct breast imaging center, and Lebanon Diagnostic Imaging, LP, a now defunct imaging center | 1    % | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tri-State G.P., LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:**   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Tri-State G.P., LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Tri-State G.P., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tri-State G.P., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address <br> **Maxus Capital Group, LLC** <br> **31300 Bainbridge Road** <br> **Solon, OH 44139** <br><br> **Date(s) debt was incurred** _____ <br> **Last 4 digits of account number** _____ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   **general partner of WCP Breast MRI, LP** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,734,795.31** |
| **3.2**   Nonpriority creditor's name and mailing address <br> **Siemens Financial Services, Inc.** <br> **170 Wood Avenue South** <br> **Iselin, NJ 08830** <br><br> **Date(s) debt was incurred** _____ <br> **Last 4 digits of account number** _____ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:**   **business loan** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$16,000,000.00** |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 17,734,795.31 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 17,734,795.31 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       35522       Best Case Bankruptcy

## Schedule F & G Supplement

The scheduled debt owing to Siemens Financial Services, Inc. ("Siemens") is in an estimated amount, since the Debtor was unable to obtain a pay off as of the petition date.  In addition, the Debtor understands that the scheduled debt to Siemens is actually to Siemens in its capacity as agent for itself and Wilmington Savings Fund Society ("WSFS") and that Siemens sold its debt to a third party, the identity and address of which could not be obtained by the Debtor by the petition date.

In addition, the Debtor believes that there are additional co-debtors beyond those disclosed in the Debtor's Bankruptcy Schedule H, which co-debtors are no longer in operation and/or have merged into other parties.  Since each of those co-debtors is or was part of the "TSI" or "Tri-State" business, notice of the within filing will be received by virtue of other co-debtors at the 1532 McDaniel Drive, West Chester, PA 19380 address.

Nevertheless, for disclosure purposes, the Debtor believes that the following additional entities are or might be co-debtors of the obligations owing to Siemens:

Imaging Professionals of Pennsylvania, P.C.
Jeanes Radiology Associates, P.C.
Rittenhouse Imaging Center, L.P.
Lebanon Diagnostic Imaging, L.P.
Wilkes-Barre Imaging, L.L.C.
Delaware Open MRI Radiology Associates, P.A.
New Jersey Radiology Associates, P.C.
Silverside Open MRI and Imaging Center, LLC
Jennersville Open MRI and Imaging Center, LLC
Trolley Square Open MRI and Imaging Center, LLC

**Fill in this information to identify the case:**

Debtor name    **Tri-State G.P., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tri-State G.P., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fox Chase Medical Center Radiology Assoc** | **1532 McDaniel Drive West Chester, PA 19380** | **Siemens Financial Services, Inc.** | ☐ D ____<br>■ E/F ___3.2___<br>☐ G ____ |
| 2.2 | **Jay Rosenblum** | **101 Maple Avenue Bala Cynwyd, PA 19004** | **Maxus Capital Group, LLC** | ☐ D ____<br>■ E/F ___3.1___<br>☐ G ____ |
| 2.3 | **Jay Rosenblum** | **101 Maple Avenue Bala Cynwyd, PA 19004** | **Siemens Financial Services, Inc.** | ☐ D ____<br>■ E/F ___3.2___<br>☐ G ____ |
| 2.4 | **Kenneth E. Brumberger** | **1136 Tower Lane Narberth, PA 19072** | **Maxus Capital Group, LLC** | ☐ D ____<br>■ E/F ___3.1___<br>☐ G ____ |
| 2.5 | **Kenneth E. Brumberger** | **1136 Tower Lane Narberth, PA 19072** | **Siemens Financial Services, Inc.** | ☐ D ____<br>■ E/F ___3.2___<br>☐ G ____ |

| Debtor | **Tri-State G.P., LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Michael A. Carr** | **5281 Rogers Circle**<br>**Plymouth Meeting, PA 19462** | **Maxus Capital Group, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.7 | **Michael A. Carr** | **5281 Rogers Circle**<br>**Plymouth Meeting, PA 19462** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.8 | **Michael Clair** | **410 S. Front Street**<br>**#306**<br>**Philadelphia, PA 19147** | **Maxus Capital Group, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.9 | **Michael Clair** | **410 S. Front Street**<br>**#306**<br>**Philadelphia, PA 19147** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.10 | **Philip J. Moldofsky** | **3239 Fawn Road**<br>**Worcester, PA 19490** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.11 | **Tri-State Imaging Consultants, LLC** | **1532 McDaniel Drive**<br>**West Chester, PA 19380** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.12 | **Tri-State Imaging DE Holdings, LLC** | **1532 McDaniel Drive**<br>**West Chester, PA 19380** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.13 | **Tri-State Imaging NJ Holdings, LLC** | **1532 McDaniel Drive**<br>**West Chester, PA 19380** | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

| Debtor | **Tri-State G.P., LLC** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Tri-State Imaging PA Holdings, LLC** | 1532 McDaniel Drive<br>West Chester, PA 19380 | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.15 | **Tri-State Imaging PR, LLC** | 1532 McDaniel Drive<br>West Chester, PA 19380 | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.16 | **TSI, LP** | 1532 McDaniel Drive<br>West Chester, PA 19380 | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.17 | **WCP Breast MRI, LP** | 1532 McDaniel Drive<br>West Chester, PA 19380 | **Maxus Capital Group, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.18 | **William Hartz** | 511 Waldron Drive<br>Haverford, PA 19041 | **Maxus Capital Group, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.19 | **William Hartz** | 511 Waldron Drive<br>Haverford, PA 19041 | **Siemens Financial Services, Inc.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **Tri-State G.P., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Tri-State G.P., LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Maxus Capital Group, LLC v. WCP Breast MRI, LP** | **civil suit** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Tri-State G.P., LLC**　　　　　　　　　　　　　　Case number *(if known)*　_____

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Smith Kane Holman, LLC 112 Moores Road Suite 300 Malvern, PA 19355** | **Attorney Fees** | **12/20/16** | **$3,000.00** |
| **Email or website address dsmith@skhlaw.com** | | | |
| **Who made the payment, if not debtor? invidual owners** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **101 Greenwood Avenue Suite 150 Jenkintown, PA 19046** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Tri-State G.P., LLC**                                                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Tri-State G.P., LLC** | Case number *(if known)* | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **WCP Breast MRI, LP**<br>**1532 McDaniel Drive**<br>**West Chester, PA 19380** | **now defunct breast imaging center** | **EIN:** 33-1193456<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Morison Cogen LLP**<br>**484 Norristown Road**<br>**Suite 100**<br>**Blue Bell, PA 19422** | |
| 26a.2. **Joanne Fleury**<br>**1532 McDaniel Drive**<br>**West Chester, PA 19380** | |

Debtor    **Tri-State G.P., LLC**                                                Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. Carr | 5281 Rogers Circle Plymouth Meeting, PA 19462 | | 10.26% |
| Michael R. Clair | 410 S. Front Street #306 Philadelphia, PA 19147 | | 17.95% |
| William Hartz | 511 Waldron Drive Haverford, PA 19041 | | 17.95% |
| Philip Moldofsky | 3239 Fawn Street Worcester, PA 19490 | | 17.95% |
| Jay Rosenblum | 101 Maple Avenue Bala Cynwyd, PA 19004 | | 17.95% |
| Kenneth E. Brumberger | 1136 Tower Lane Narberth, PA 19072 | | 17.95% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

| Debtor | **Tri-State G.P., LLC** | Case number *(if known)* | |
|---|---|---|---|

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 28, 2016**

**/s/ Michael Carr**                                                    **Michael Carr**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Tri-State G.P., LLC** _____
Debtor(s)

Case No. _____
Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ☒ Other (specify):    **Debtor's individual owners**

4.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Filing and prosecution of any motion by the Debtor, contesting any motion filed by a party in the case, representation of Debtor in adversary proceeding or any investigation or analysis that could give rise to an adversary proceeding, representing the Debtor in any 2004 examination and responding to any inquiry of a creditor or the trustee outside the ordinary course of the case.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 28, 2016** _____
_Date_

/s/ David B. Smith _____
**David B. Smith 59098**
_Signature of Attorney_
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215  Fax: 610-407-7218**
**dsmith@skhlaw.com**
_Name of law firm_

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Tri-State G.P., LLC**                                                                  Case No.
                                                      Debtor(s)          Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 28, 2016**                    **/s/ Michael Carr**
                                                   **Michael Carr**/**President**
                                                   Signer/Title

Fox Chase Medical Center Radiology Assoc
1532 McDaniel Drive
West Chester, PA 19380


Jay Rosenblum
101 Maple Avenue
Bala Cynwyd, PA 19004


Kenneth E. Brumberger
1136 Tower Lane
Narberth, PA 19072


Maxus Capital Group, LLC
31300 Bainbridge Road
Solon, OH 44139


Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462


Michael Clair
410 S. Front Street
#306
Philadelphia, PA 19147


Philip J. Moldofsky
3239 Fawn Road
Worcester, PA 19490


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830


Tri-State Imaging Consultants, LLC
1532 McDaniel Drive
West Chester, PA 19380

```
Tri-State Imaging DE Holdings, LLC
1532 McDaniel Drive
West Chester, PA 19380


Tri-State Imaging NJ Holdings, LLC
1532 McDaniel Drive
West Chester, PA 19380


Tri-State Imaging PA Holdings, LLC
1532 McDaniel Drive
West Chester, PA 19380


Tri-State Imaging PR, LLC
1532 McDaniel Drive
West Chester, PA 19380


TSI, LP
1532 McDaniel Drive
West Chester, PA 19380


WCP Breast MRI, LP
1532 McDaniel Drive
West Chester, PA 19380


William Hartz
511 Waldron Drive
Haverford, PA 19041
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Tri-State G.P., LLC**                          Case No. _____

Debtor(s)         Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tri-State G.P., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 28, 2016** _____

Date

**/s/ David B. Smith** _____

**David B. Smith 59098**

Signature of Attorney or Litigant

Counsel for    **Tri-State G.P., LLC** _____

**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**